IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASIO COMPUTER CO., LTD., | ) |
| Plaintiff, | ) Case No. 23-cv-15750 |
| | ) |
| v. | ) Judge Charles P. Kocoras |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on February 13, 2024 [Dkt. No. 54] in favor of Plaintiff CASIO COMPUTER CO., LTD. ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| **Doe No.** | **Seller Name** |
|---|---|
| 43 | oberywaitnow |
| 103 | De Xing Yang Store |
| 104 | Fanhongtan |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendants are hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

DATED: March 18, 2024                        Respectfully submitted,

                                                     /s/ *Michael A. Hierl*
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
70 W. Madison Street, Suite#4000
Chicago, Illinois 60602
Telephone: (312) 580-0100
Facsimile: (312) 580-1994
Email: mhierl@hsplegal.com
Email: wkalbac@hsplegal.com
Email: rpm@hsplegal.com

Attorneys for Plaintiff
CASIO COMPUTER CO., LTD.,

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 18, 2024.

                                                   s/Michael A. Hierl